

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-22-00231-CV

---

TIDWELL & SON LLC, Appellant

V.

AMTRUST INSURANCE COMPANY OF KANSAS, INC., Appellee

---

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CIV-21-0600

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Reinstate, Vacate, and Dismiss." It is the court's opinion that the motion should be granted; therefore, we vacate the trial court's judgment and dismiss the case. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(e).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 11, 2022